UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11-CV-154-H

LINDA S. TERRY                                                PLAINTIFF

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                  DEFENDANT

**MEMORANDUM OPINION AND ORDER**

This appeal challenges the final decision of the Commissioner denying Plaintiff's claim for Supplementary Security Income benefits. The Magistrate Judge has issued a Report and Recommendation concluding that the Commissioner's decision was supported by substantial evidence.

The Court has reviewed the Magistrate Judge's report and agrees with it. The primary objection to the report seems to be that the Administrative Law Judge did not adopt all of Dr. Rebeck's opinions concerning Plaintiff's impairment. The Court believes that the Magistrate Judge has properly explained the reasons for not giving full controlling weight to Dr. Rebeck's opinions.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Magistrate Judge's Recommendation is ADOPTED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

This is a final order.

cc: Counsel of Record
      Magistrate Judge